**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 21-6584

---

ASIATIC ROYALPRINCE ALLAH, a/k/a Vernon Lee Brooks, Jr.,

     Plaintiff - Appellant,

    v.

JEFFREY KISER, Warden, Red Onion State Prison; MARCUS ELAM, Western Regional Administrator of VDOC; R. H. BIVENS, Western Regional Ombudsman of VDOC; A. DAVID ROBINSON, VDOC Chief of Operations; HAROLD W. CLARKE, Director of VDOC; JAMES D. LAMBERT, Lieutenant at Red Onion State Prison; C. CAUTHORNE, Chaplain at Red Onion State Prison; G. D. ADAMS, Grievance Coordinator at Red Onion State Prison; J. B. MESSER, Grievance Coordinator at Red Onion State Prison; WALTER G. SWINEY, Unit Manager at Red Onion State Prison; J. OWENS, Property Officer at Red Onion State Prison,

     Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:19-cv-00633-MFU-JCH)

---

Submitted:  March 30, 2023                          Decided:  April 13, 2023

---

Before WILKINSON, KING, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Asiatic Royalprince Allah, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Asiatic Royalprince Allah appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allah v. Kiser*, No. 7:19-cv-00633-MFU-JCH (W.D. Va. Mar. 30, 2021). We deny Allah's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*